UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CASTILLO, et al.,<br><br>　　　　　Defendants. | **1:22-cv-01172-ADA-GSA-PC**<br><br>**ORDER DENYING MOTION TO EXPEDITE CASE**<br><br>**(ECF No. 8.)** |

Jared Andrew Martin ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 14, 2022. (ECF No. 1.)

On January 23, 2023, Plaintiff filed a motion to expedite the proceedings in this case. (ECF No. 8.) Plaintiff is advised that the Court ordinarily screens complaints in the order in which they are filed at the Court, thus Plaintiff's Complaint will likely be screened in accordance with this ordinary procedure. Service of process and discovery shall not proceed until after the Complaint is screened. Therefore at this juncture Plaintiff's motion shall be denied.

Based on the foregoing, Plaintiff's motion to expedite his case, filed on January 23, 2023, is DENIED.

IT IS SO ORDERED.

　Dated:　**June 6, 2023**　　　　　　　　　／s／ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE