UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN, | No. 1:22-cv-01172-NODJ-GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PROSECUTE |
| v. | |
| D. CASTILLO, et al., | (ECF No. 10) |
| Defendants. | |

  Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On September 11, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this action for Plaintiff's failure to prosecute this matter. (ECF No. 10.) Specifically, the findings and recommendations note that Plaintiff failed to keep the Court apprised of his current address, resulting in the return of the Court's order denying Plaintiff's motion to expediate this case. (*Id.* at 2–3.) If mail is returned to the Court as undeliverable, and the pro se party fails to notify the Court of an address change within sixty-three days, "the Court may dismiss the action without prejudice for failure to prosecute." E.D. Cal. R. 183(b).

//

1

  Pro se parties are "under a continuing duty to notify the Clerk and all other parties of any change of address." E.D. Cal. R. 182(f). "Absent such notice, service of documents at the prior address of the . . . pro se party shall be fully effective." *Id.* Here, the findings and recommendations were served on Plaintiff's address of record and contained notice that Plaintiff had fourteen days within which to file objections. (ECF No. 10 at 3.) On September 21, 2023, the findings and recommendations were returned to the Court as "Undeliverable, Return to Sender, Not in Custody." (*See* docket.) The Court's subsequent order reassigning the case also was returned as undeliverable on December 7, 2023. (*Id.*) In any event, the deadline to file objections to the findings and recommendations has passed, and Plaintiff has not filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 11, 2023 (ECF No. 10) are adopted in full,
2. This case is dismissed without prejudice for failure to prosecute, and
3. The Clerk of Court is directed to close this case.

DATED: January 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE